IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA NITKIN,**<br><br>                                Plaintiff,<br><br>       v.<br><br>**CLARK, et al.,**<br><br>                                Defendants. | Case No. 2:24-cv-02233 SCR (PC)<br><br>~~[PROPOSED]~~ ORDER |

The Attorney General's Office is specially appearing on behalf of Defendant Clark in this matter to request an extension of time to execute a service waiver. Good cause appearing, this request for a thirty-day extension of time to execute a service waiver for Defendant Clark (ECF No. 16) is GRANTED. Defendant Clark Shall have thirty days from the date of this order to execute a waiver of service.

IT IS SO ORDERED.

Dated:  December 1, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE