IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA NITKIN,** | Case No. 2:24-cv-02233-SCR (PC) |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| **CLARK, et al.,** | |
| Defendants. | |

On March 18, 2026, Defendants filed a motion to opt out of the early Alternative Dispute Resolution Program.  ECF No. 24.  Good cause appearing, Defendants' motion is GRANTED.

It is hereby ORDERED that the 120-day stay of this case imposed by the Court's Order Referring Case to ADR and Staying the Case (ECF No. 23) on February 2, 2026, is lifted.  The undersigned will issue a discovery and scheduling order in due course.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:24-cv-02233-SCR (PC))